UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARO DAGHLIAN on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>DEVRY UNIVERSITY, INC., DEVRY INC., and DOES 1 through and including 100,<br><br>            Defendants. | ) CASE NO. CV 06-00994 MMM (PJWx)<br>)<br>)<br>) JUDGMENT FOR DEFENDANTS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

      On December 23, 2005, Saro Daghlian commenced this putative class action against DeVry University, Inc., DeVry Inc. (collectively "DeVry" or "defendants"), and certain fictitious defendants in Los Angeles Superior Court. On January 11, 2006, plaintiff filed a first amended complaint. Defendants removed the action to federal court on February 17, 2006. The complaint pleads four claims: (1) assorted violations of the California Education Code; (2) violation of the California Consumer Legal Remedies Act ("CLRA"), California Civil Code §§ 1750-1784; (3) false advertising in violation of California's False Advertising Law ("FAL"), California Business & Professions Code § 17500; and (4) unlawful, unfair, and deceptive business practices in violation of California's Unfair Competition Law ("UCL"), California Business & Professions Code § 17200.

On July 20, 2006, the court dismissed plaintiff's CLRA claim as untimely. On October 10, 2007, the court granted defendants' motion for summary judgment on plaintiff's UCL class claim and his individual claims alleging violations of the Education Code. On December 10, 2007, the court granted defendants' motion for summary judgment on plaintiff's remaining individual FAL and UCL claims. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff Saro Daghlian takes nothing by way of his complaint against defendants DeVry University, Inc. and DeVry Inc.;

2. That the action be, and it hereby is, dismissed; and

3. That defendants recover their costs of suit herein.

DATED: December 31, 2007

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE